# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

CHRISTOPHER BRIAN HELMS,

    Plaintiff,

v.                                    CASE NO. 5:08cv131-RH/MD

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 9), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The plaintiff's motion for voluntary dismissal is GRANTED. The

clerk must enter judgment stating, "This action is DISMISSED without prejudice."

The clerk must close the file.

    SO ORDERED on October 9, 2008.

                                            s/Robert L. Hinkle  
                                            Chief United States District Judge